UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER DEAN FAWVER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NYE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendant. | Case No. 2:22-cv-00914-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 9] |

　　　　On November 21, 2022, Plaintiff wrote a letter to the Court seeking information under the Freedom of Information Act. Docket No. 9. Any requests of the Court must be styled as a motion, Local Rule IA 7-1(b), and must conform with the Court's formatting rules, *see, e.g.*, Local Rules 7-2, 7-3. Prior to filing a motion with the Court, the proper method of obtaining discovery from another party is to serve that party with a discovery request.[1] *See* Fed. R. Civ. P. 26; Local Rule 26-6.

　　　　Accordingly, the Clerk's Office is **INSTRUCTED** to strike Docket No. 9.

　　　　IT IS SO ORDERED.

　　　　Dated: November 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] 　　The Court also notes that Plaintiff has not filed a proof of service nor have Defendants responded to the complaint. *See* Docket.

1