UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Skyler Dean Fawver,

          Plaintiff

v.

Nye County Sheriff's Office, et al.,

          Defendants

Case No.: 2:22-cv-00914-CDS-NJK

**Order Directing Clerk of Court to Administratively Close Case**

      This is a 42 U.S.C. § 1983 civil-rights action brought by pro se plaintiff Skyler Dean Fawver. On February 1, 2023, issued an order adopting Magistrate Judge Nancy J. Koppe's report and recommendation in its entirety. ECF No. 16. In it, I ordered all claims against the Nye County Sheriff's Office to be dismissed without prejudice and plaintiff's Fifth and Eighth Amendment claims against Nye County Sheriff's Deputy Eric Anderson to be dismissed with prejudice. *Id.*

      Because I ordered that plaintiff's Fourth Amendment claim is stayed pending resolution of his state criminal case, I HEREBY ORDER the Clerk of Court to ADMINISTRATIVELY CLOSE this case.

      I FURTHER DIRECT Fawver to file a motion to reopen this case within 30 days of the final disposition of his criminal case if he wishes to proceed. If he fails to do so, this case may be dismissed without further notice.

      DATED: February 3, 2023

_____
Cristina D. Silva
United States District Judge