UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER DEAN FAWVER,<br><br>          Plaintiff(s),<br><br>v.<br><br>ERIC ANDERSON, *et al.*,<br><br>          Defendant(s). | Case No.: 2:22-cv-00914-CDS-NJK<br><br>**Order**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's motion for an order directing the United States Marshal to serve Defendant Eric Anderson.[1]  Docket No. 26.  The motion is properly resolved without a hearing.  Local Rule 78-1.

Litigants proceeding under *in forma pauperis* status have the right "to adequate assistance by the U.S. Marshal in the service of summons and the complaint." *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990); *see also* Fed.R.Civ.P. 4(c)(3).  Plaintiff requests the Court to issue an order requiring the United States Marshal Service to effectuate service of process on Defendant Anderson.  Docket No. 26 at 1.  Plaintiff identifies Defendant Anderson's last known address and employer's address.  *Id*.

Accordingly, Plaintiff's motion is **GRANTED**.  Docket No. 26. The Court therefore **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank copy of the USM-285 form.
- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 form with the relevant information as to Defendant Anderson.
- The Clerk's Office will issue summons to Defendant Anderson and deliver the complaint and that summons to the United States Marshal for service.

---

[1] The Court construes *pro se* filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

- Within twenty days after receiving from the United States Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Anderson was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendants and specifying a detailed name and/or address for said defendant, or whether some other matter of service should be attempted.

IT IS SO ORDERED.

Dated: December 15, 2023

_____
Nancy J. Koppe
United States Magistrate Judge