# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SKYLER DEAN FAWVER,

    Plaintiff(s),

v.

ERIC ANDERSON,

    Defendant(s).

Case No. 2:22-cv-00914-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by May 3, 2024.

    IT IS SO ORDERED.

    Dated: April 18, 2024

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge