# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER DEAN FAWVER,<br><br>    Plaintiff(s),<br><br>v.<br><br>ERIC ANDERSON,<br><br>    Defendant(s). | Case No. 2:22-cv-00914-CDS-NJK<br><br>**Order To Show Cause** |

On April 18, 2024, the Court ordered the parties to file a stipulated discovery plan by May 3, 2024. Docket No. 32. On May 2, 2024, Defendant filed a notice that Plaintiff has not responded to counsel's communications, Plaintiff has not responded to discovery, and Plaintiff may have abandoned this case. Docket No. 33. The Court also notes that it is unclear from the docket whether Plaintiff is an inmate at this time or where he is located. *See* Docket No. 18 (notice of change of address with a Wyoming post office location); *see also* Docket No. 33 at 1 (defense counsel's assertion that Plaintiff is "believed to be an inmate in Wyoming"); Docket No. 26 at 2 (return address on envelope appearing to provide jail address in Florida).[1]

In light of the circumstances, Plaintiff is **ORDERED** to show cause in writing, no later than June 7, 2024, whether this case should be dismissed for failure to prosecute (Fed. R. Civ. P. 41(b)), for failure to comply with the order to file a discovery plan (Fed. R. Civ. P. 16(f)), and for failure to file a notice of change of address (Local Rule IA 3-1). Plaintiff is also **ORDERED** to state in writing, no later than June 7, 2024, whether he is currently incarcerated and his current

---

[1] The most recent motion papers at Docket No. 26 provide the Wyoming address on the signature line, Docket No. 26 at 1, but the jail address in Florida as the return address on the envelope, *id.* at 2.

1

mailing address. **Plaintiff is cautioned that failure to comply with this order may result in dismissal of this case.**

Lastly, the Clerk's Office is **INSTRUCTED** to send this order to show cause to Plaintiff at the Wyoming address identified in his prior notice of changed address, Docket No. 18, and at the Florida return address identified on the envelope for Plaintiff's most recent motion, Docket No. 26 at 2.

IT IS SO ORDERED.

Dated: May 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge